# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0731
Lower Tribunal No. 2024-CA-002215

_____

LARRY D. RICHARDSON,

Appellant,

v.

RICKY DIXON, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, et al.,

Appellees.

_____

Appeal from the Circuit Court for Charlotte County.
Geoffrey H. Gentile, Judge.

January 13, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and KAMOUTSAS, JJ., concur.


Larry D. Richardson, Bowling Green, pro se.

Aman S. Dhaliwal and Kelly R. Forren, Assistant General Counsel, of the Office of the General Counsel for the Florida Department of Corrections, Tallahassee, for Appellee, Ricky Dixon, Secretary, Florida Department of Corrections.

No Appearance for Other Appellees.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED